■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHAWN SANTIAGO, Appellant. [918 NYS2d 340]—

The verdict was not against the weight of the evidence (see *People v Danielson*, 9 NY3d 342, 348 [2007]). Defendant claimed the bag he sold to an undercover officer did not contain cocaine but rather "beat" cocaine. There is no basis for disturbing the jury's credibility determination rejecting that claim.

We find the sentence excessive to the extent indicated. Concur—Andrias, J.P., Catterson, Moskowitz, Abdus-Salaam and Román, JJ.